IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Scott, Will R | Case Number: 04 B 02607 |
|---|---|---|
| | Scott, Lether M | Judge: Wedoff, Eugene R |
| | Printed: 12/28/07 | Filed: 1/22/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: March 26, 2007
Confirmed: March 11, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 32,139.73 | |
| Secured: | | 17,965.67 |
| Unsecured: | | 6,116.29 |
| Priority: | | 0.00 |
| Administrative: | | 2,400.00 |
| Trustee Fee: | | 1,485.16 |
| Other Funds: | | 4,172.61 |
| Totals: | 32,139.73 | 32,139.73 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,400.00 | 2,400.00 |
| 2. | Interbay Funding LLC | Secured | 0.00 | 0.00 |
| 3. | Interbay Funding LLC | Secured | 10,115.03 | 6,700.00 |
| 4. | Consumer Finance Corporation | Secured | 8,665.11 | 8,665.11 |
| 5. | Americredit Financial Ser Inc | Secured | 1,897.56 | 1,897.56 |
| 6. | City Of Chicago | Secured | 703.00 | 703.00 |
| 7. | Americredit Financial Ser Inc | Unsecured | 0.32 | 0.32 |
| 8. | Peoples Energy Corp | Unsecured | 641.02 | 0.00 |
| 9. | Consumer Finance Corporation | Unsecured | 2,267.96 | 2,267.96 |
| 10. | Aspire | Unsecured | 2,500.33 | 2,500.33 |
| 11. | ECast Settlement Corp | Unsecured | 794.49 | 794.49 |
| 12. | Americash Loans, LLC | Unsecured | 272.85 | 272.85 |
| 13. | ECast Settlement Corp | Unsecured | 280.34 | 280.34 |
| 14. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | GMS Loan LLC | Unsecured | | No Claim Filed |
| 17. | Check N Go | Unsecured | | No Claim Filed |
| 18. | Pay Day Advance Cash To Go | Unsecured | | No Claim Filed |
| 19. | National Quick Cash | Unsecured | | No Claim Filed |
| 20. | One Iron Ventures | Unsecured | | No Claim Filed |
| 21. | Marshall Field & Company | Unsecured | | No Claim Filed |
| | | | $ 30,538.01 | $ 26,481.96 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Scott, Will R | Case Number: 04 B 02607 |
|---|---|---|
| | Scott, Lether M | Judge: Wedoff, Eugene R |
| | Printed: 12/28/07 | Filed: 1/22/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 154.43 |
| 4% | 118.97 |
| 6.5% | 378.04 |
| 3% | 66.63 |
| 5.5% | 795.02 |
| 5% | (27.93) |
| 4.8% | 0.00 |
| | _____ |
| | $ 1,485.16 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

